```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CHAUNDRA CALHOUN                    :    CIVIL ACTION
                                    :
   v.                              :
                                    :
WELLS FARGO FINANCIAL ACCEPTANCE    :    NO. 02-3686

<u>ORDER</u>

AND NOW, this     day of November, 2002, IT IS ORDERED:

1. The United States Marshal Service shall make service of the summons and complaint upon the defendant at the correct address, viz. "One International Plaza, Suite 300, Essington, Pennsylvania."

2. Plaintiff Chaundra Calhoun, having failed to cooperate with this Court's efforts to obtain counsel for her, shall hereafter proceed without counsel, unless she arranges to have counsel appear for her in this case within 30 days.

3. Plaintiff Chaundra Calhoun shall, within 30 days, file a supplemental complaint in this action, which shall contain the following information:  Whether plaintiff is, or is not, still employed by the defendant Wells Fargo Financial Acceptance, and, if not, the date when her employment was terminated.

 

                                               John P. Fullam, Sr. J.